JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
PENGILLY LAW FIRM
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134-0562
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Snowdown Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | CASE NO: 3:16-cv-00452-MMD-VPC |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SNOWDOWN HOMEOWNERS ASSOCIATION, CORPORATION. a Nevada non-profit corporation and doing business as SNOWDOWN, A CONDOMINIUM DEVELOPMENT; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, | |
| Defendants. | |
| SNOWDOWN HOMEOWNERS ASSOCIATION, CORPORATION, | |
| Cross-Claimant, | |
| v. | |
| NEVADA ASSOCIATION SERVICES, INC., | |
| Cross-Defendant. | |

Pursuant to a settlement agreement Party/Defendant Snowdown Homeowners Association ("HOA") and Party/Plantniff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their counsel of record, hereby stipulate to the dismissal, with prejudice of all claims brought by Wells Fargo

1

against the HOA in this matter, pursuant to FRCP 41(a)(1)(ii), with each party to bear their own fees and costs.

Dated this 4th day of December, 2017.

SNELL & WILMER

*/s/ Wayne Klomp*

Wayne Klomp, Esq.
Nevada Bar No. 10109
50 W. Liberty St., Ste 510
Reno, Nevada 89501
*Attorneys for Wells Fargo*

Dated this 4th day of December, 2017.

PENGILLY LAW FIRM

*/s/ Elizabeth Lowell*

James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134
*Attorneys for Defendant Snowdown Homeowners Association*

IT IS SO ORDERED

DATED this __4th__ day of __December__, 2017.

_____
**U.S. DISTRICT COURT JUDGE**

**Respectfully Submitted by:**

**PENGILLY LAW FIRM**

_____
James W. Pengilly, Esq. (6085)
Elizabeth Lowell, Esq. (8551)
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Attorneys for Snowdown Homeowners Association*